THE COLONIAL NATIONAL BANK *vs.* THELMA V. COLLINS, individually and as executrix. February 26, 1980. It having been made to appear that the petitioner's execution against the executrix had been served on her and returned unsatisfied, and it not having been made to appear that the estate had been represented insolvent or that any of its assets was subject to a lien, the judge properly ordered that the execution be paid from the assets. See *Harmon* v. *Sweet*, 221 Mass. 587, 591-592, 593-594, 598-599 (1915); *Chadwick* v. *Taylor*, 337 Mass. 428, 430-431 (1958).

*Order affirmed.*

*Joseph C. Lerman* for the petitioner.
*Robert F. White & Harold W. Potter, Jr.*, for the respondent, submitted a brief.